IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON GARY SALAZAR,<br><br>                          Plaintiff,<br>    v.<br><br>LAKEWOOD POLICE DEPARTMENT et al.,<br><br>                         Defendants. | No.  3:22-cv-05605-BJR-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, the record of the case, and the relevant legal authorities, hereby finds and ORDERS:

1. The Court adopts the Report and Recommendation (Dkt. 6).

2. Plaintiff's Complaint is DISMISSED without prejudice pursuant to LCR 41(b)(2) for failure to prosecute.

Dated:  January 11, 2023

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1